United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNATHAN R. BORDELON,
Plaintiff,

v.

SIRCOYA M. WILLIAMS,
Defendant.

Case No. 25-cv-08947-PCP

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On May 18, 2026, the Court ordered Petitioner to show cause why this action should not be dismissed for failure to exhaust state remedies prior to filing the instant federal habeas corpus petition. Dkt. No. 6. Petitioner's response to the Court's order was due June 22, 2026. *See id.* at 2. That date has long since passed, but no response has been filed. *See generally*, Dkt.

Because Petitioner failed to explain how he exhausted state remedies, despite opportunity and a warning of the consequences, this action is **DISMISSED** without prejudice. *See Harris v. Mangum*, 863 F.3d 1133, 1141–42 (9th Cir. 2017) (recognizing propriety of dismissing action where plaintiff failed to amend).

If Petitioner believes he can show that state remedies were exhausted prior to the filing of the instant federal petition, he may move to reopen this action. *See* Fed. R. Civ. P. 59, 60. To do this, he must file a response to the Court's previous order **and** a motion with the words MOTION TO REOPEN written on the first page.

**IT IS SO ORDERED.**

Dated: November 9, 2026

P. Casey Pitts
United States District Judge